**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01155-CMA-MJW

MEASUREMENT SPECIALITIES INC.,

    Plaintiff,

v.

COMPONENT DISTRIBUTORS, INC., a Colorado corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Notice of Voluntary Dismissal (Doc. # 10), filed June 15, 2012, it is hereby

ORDERED that this case and all claims asserted against Defendant Component Distributors, Inc. are DISMISSED WITH PREJUDICE, each party to pay its own fees and costs.

DATED: June __18__, 2012

                BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                United States District Court Judge