IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 12-cv-01155-CMA-MJW

MEASUREMENT SPECIALITIES INC.,

    Plaintiff,

v.

COMPONENT DISTRIBUTORS, INC., a Colorado corporation,

    Defendant.

## AMENDED ORDER OF DISMISSAL

Pursuant to the Notice of Voluntary Dismissal (Doc. # 10), filed June 15, 2012, it is ORDERED that the Court's Order of Dismissal With Prejudice (Doc. # 11) is AMENDED as follows:

IT IS ORDERED that this case and all claims asserted against Defendant Component Distributors, Inc. are DISMISSED **WITHOUT** PREJUDICE, each party to pay its own fees and costs.

DATED:  June   19  , 2012

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge